United States District Court
Southern District of Texas

**ENTERED**
June 20, 2024
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | Case Number | 4:24-CR-225 |
|---|---|---|
| Style | **USA v. Luis Duran Montilla, et al.** | |
| ORDER | I stand recused in this case. Deadlines in scheduling orders continue in effect. Court settings are vacated. | |

Signed:

Ewing Werlein, Jr.,
United States District Judge

Date: June 20, 2024